## LAW OFFICES OF H. JEFFREY MARCUS, P.C.
### SPECIAL EDUCATION ATTORNEYS

*5888 Main St.*
*Williamsville, New York 14221*
Telephone: (716) 634-2753
          (716) 204-2041 (fax)
Email: *specialedlaw@mac.com*

H. JEFFREY MARCUS
_____

KYLE M. COSTELLO

SHEELA SRINIVASAN

March 9, 2011

Honorable Gary L. Sharpe
United States District Court, Northern District
James T. Foley U.S. Courthouse
445 Broadway - Room 314
Albany, NY 12207

       Re: Allaman v. Niskayuna, Case numbers 09-CV-1321 and 10-CV-00582

Dear Judge Sharpe:

    Please be advised that the parties have now executed a settlement agreement resolving all claims in both of the above referenced matters. The Court has already dismissed the actions without prejudice with 30 days to reopen. I now ask that the Court dismiss the actions with prejudice.

    Thank you for your consideration.

                                            Very truly yours,

                                            S/ H. Jeffrey Marcus
                                            H. Jeffrey Marcus

cc. Susan Johns (via ECF)

SO ORDERED:

*/s/ Gary L. Sharpe/*
U.S. District Judge
Date: March 10, 2011